Ryan Lee (SBN: 235879)
LAW OFFICES OF RYAN LEE, PLLC
ryan@ryanleepllc.com
7272 E. Indian School Rd.
Suite 540
Scottsdale, AZ 85251
Tel: (323) 524-9500
Fax: (323) 524-9502
Attorney for:
SHELLY AGNOLETTO

## IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHELLY AGNOLETTO, | ) Case No.: |
| | ) |
| Plaintiff, | ) **COMPLAINT** |
| | ) |
| v. | ) |
| | ) |
| CASHNET USA, | ) |
| | ) |
| Defendant. | ) |

SHELLY AGNOLETTO (Plaintiff), by her attorneys, LAW OFFICES OF RYAN LEE, PLLC, alleges the following against CASHNET USA (Defendant):

**INTRODUCTION**

1. Count I of Plaintiff's Complaint is based on Telephone Consumer Protection Act, 28 U.S.C. § 227 *et seq.* (TCPA).

2. Count II of the Plaintiff's Complaint is based on Rosenthal Fair Debt Collection Practices Act, Cal. Civ. Code § 1788 *et seq.* (RFDCPA).

## JURISDICTION AND VENUE

3. Jurisdiction of this Court over Counts I of Plaintiff's Complaint arises pursuant to 28 U.S.C. § 1331, and 28 U.S.C. § 1367 grants this court supplemental jurisdiction over the state claims contained herein.

4. Defendant conducts business in the State of California thereby establishing personal jurisdiction.

5. Venue is proper pursuant to 28 U.S.C. § 1391(b)(2).

## PARTIES

6. Plaintiff is a natural person residing in La Quinta, California.

7. Defendant is a business entity with a principal place of business in New York, New York.

8. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

## FACTUAL ALLEGATIONS

9. In or around February 2017, Defendant began constantly and continuously placing collection calls to Plaintiff seeking and demanding payment for an alleged debt.

10. Plaintiff's alleged debt arose through a consumer credit transaction.

11. Defendant places collection calls to Plaintiff's cellular telephone at phone number at 764-464-1000.

12. On February 6, 2017 at 7:03 p.m., Plaintiff called Defendant at the phone number 866-653-2116 and spoke with Defendant's female representative "Karen." During that conversation, Plaintiff requested that Defendant stop contacting Plaintiff's cellular telephone.

13. Based upon the timing and frequency of Defendant's calls and per its prior business practices, each of Defendant's calls were placed using an automatic telephone dialing system.

14. Plaintiff revoked any consent, express, implied or otherwise, to receive automated collection calls from Defendant in the course of the telephone conversations on or around February 6, 2017.

15. Despite Plaintiff's request to cease, Defendant placed at least fifty-five (55) collection calls to Plaintiff's cellular phone.

## COUNT I

## DEFENDANT VIOLATED THE TELEPHONE CONSUMER PROTECTIONS ACT

16. Defendant's actions alleged *supra* constitute numerous negligent violations of the TCPA, entitling Plaintiff to an award of $500.00 in statutory damages for each and every violation pursuant to 47 U.S.C. § 227(b)(3)(B).

17. Defendant's actions alleged *supra* constitute numerous and multiple knowing and/or willful violates of the TCPA, entitling Plaintiff to an award of $1500.00 in statutory damages for each and every violation pursuant to 47 U.S.C. § 227(b)(3)(B) and 47 U.S.C. § 227(b)(3)(C).

Wherefore, Plaintiff, SHELLY AGNOLETTO, respectfully requests judgment be entered against Defendant, CASHNET USA for the following:

18. Statutory damages of $500.00 for each and every negligent violation of the TCPA pursuant to 47 U.S.C. § (b)(3)(B);

19. Statutory damages of $1500.00 for each and every knowing and/or willful violation of the TCPA pursuant to 47 U.S.C. § (b)(3)(b) and 47 U.S.C. § (b)(3)(C);

20. All court costs, witness fees and other fees incurred; and

21. Any other relief that this Honorable Court deems appropriate.

## COUNT II
## DEFENDANT VIOLATED THE ROSENTHAL FAIR DEBT COLLECTION PRACTICES ACT

22. Plaintiff repeats and realleges all of the allegations in Count I of Plaintiff's Complaint as

the allegations in Count II of Plaintiff's Complaint.

23. Defendant violated the RFDCPA based on the following:

    a. Defendant violated § 1788.11(d) of the RFDCPA by causing a telephone to ring repeatedly or continuously to annoy the person called;

    b. Defendant violated § 1788.11(e) of the RFDCPA by communicating with Plaintiff with such frequency as to be unreasonable and to constitute a harassment to Plaintiff.

    c. Defendant violated § 1788.17 of the RFDCPA by failing to comply with the Fair Debt Collection Practices, Act, 15 U.S.C. § 1692 *et seq.*, to wit:

        1. Defendant violated §1692d of the FDCPA by engaging in conduct the natural consequence of which is to harass, oppress, or abuse Plaintiff;

        2. Defendant violated §1692d(5) of the FDCPA by causing a telephone to ring repeatedly or continuously with intent to annoy, harass, or abuse Plaintiff.

WHEREFORE, Plaintiff, SHELLY AGNOLETTO, respectfully requests judgment be entered against Defendant, CASHNET USA for the following:

24. Statutory damages of $1,000.00 pursuant to the Rosenthal Fair Debt Collection Practices Act, Cal. Civ. Code §1788.30(b),

25. Costs and reasonable attorneys' fees pursuant to the Rosenthal Fair Debt Collection Practices Act, Cal. Civ. Code § 1788.30(c), and

26. Any other relief that this Honorable Court deems appropriate.

RESPECTFULLY SUBMITTED,

| | |
|---|---|
| DATED:  September 10, 2018 | LAW OFFICES OF RYAN LEE, PLLC |
| | By: /s/ Ryan Lee_____ |
| | Ryan Lee (SBN: 235879) |
| | ryan@ryanleepllc.com |
| | 7272 E. Indian School Rd. |
| | Suite 540 |
| | Scottsdale, AZ 85251 |
| | Tel: (323) 524-9500 |
| | Fax: (323) 524-9502 |
| | Attorney for: |
| | SHELLY AGNOLETTO |