Ryan Lee (SBN: 235879)
LAW OFFICES OF RYAN LEE, PLLC
ryan@ryanleepllc.com
7272 E. Indian School Rd.
Suite 540
Scottsdale, AZ 85251
Tel: (323) 524-9500
Fax: (323) 524-9502
Attorney for:
SHELLY AGNOLETTO

### IN THE UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHELLY AGNOLETTO, | **Case No.:** 5:18-cv-01916 |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| v. | |
| CASHNET USA, | |
| Defendant. | |

### <u>NOTICE OF SETTLEMENT</u>

Please be advised that the parties have resolved the above captioned matter and request that all future dates be vacated. The parties further request that the parties be provided sixty (60) days to file a dismissal with prejudice

//

//

//

//

1

2   DATED:  October 3, 2018

3

RESPECTFULLY SUBMITTED,

LAW OFFICES OF RYAN LEE, PLLC

4

5   By: /s/ Ryan Lee_____
    Ryan Lee (SBN: 235879)
6   ryan@ryanleepllc.com
    7272 E. Indian School Rd.
7   Suite 540
    Scottsdale, AZ 85251
8   Tel: (323) 524-9500
    Fax: (323) 524-9502
9   Attorney for:
    SHELLY AGNOLETTO

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25